LINK: 23

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-06907 GAF (VBKx) | Date | February 6, 2009 |
|---|---|---|---|
| Title | Beltran v. MTGLQ Investors LP et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

### ORDER RE: DISMISSAL

On January 16, 2009, this Court dismissed plaintiff Dora M. Beltran's claims for rescission and damages under the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 et seq. (1/16/09 Order (Docket No. 22).) The Court dismissed the rescission claim without prejudice, and gave Plaintiff until January 30, 2009 to amend her complaint. On January 30, 2009, Plaintiff filed a "Notice of Declination by Plaintiff to Amend Her Complaint and Request to Remand Case," in which she stated that she would not amend her complaint. (Docket No. 23). Accordingly, pursuant to the Court's January 16, 2009 Order, Plaintiff's TILA rescission claim is **DISMISSED WITH PREJUDICE**. The remaining state law claims are **REMANDED** to Los Angeles Superior Court pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**